UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| -v- | 18-CR-124 (JPO) |
| LEONARD MATHEWS,<br>  Defendant. | ORDER |

J. PAUL OETKEN, District Judge:

Defendant Leonard Mathews filed a motion to vacate, pursuant to 28 U.S.C. § 2255, Count Four of his conviction. (Dkt. No. 109.) The government filed its opposition on May 6, 2022 (Dkt. No. 111) and Mathews requested an extension until July 11, 2022 to file his reply memorandum of law (Dkt. No. 112). Mathews' request for an extension is GRANTED.

The Clerk of Court is directed to close the motion at Docket Number 112 and to mail a copy of this Order to Mathews.

SO ORDERED.

Dated: July 5, 2022
New York, New York

_____
J. PAUL OETKEN
United States District Judge